BOROUGH OF NEPTUNE CITY, PLAINTIFF-RESPONDENT, v. WILLIAM R. MESTICE, DEFENDANT-PETITIONER.

*Mr. William R. Mestice,* petitioner, *in propria persona.*

*Mr. Joseph R. Megill* for the respondent.

March 28, 1955.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRANK O'HARA, DEFENDANT-PETITIONER.

*Mr. Edward F. Broderick* and *Mr. Bertram Polow* for the petitioner.

*Mr. John D. Collins* for the respondent.

March 28, 1955.  Denied.